

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Herminio Jaimes Salazar and
Salvador Jaimes Salazar,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 25832.

No. 11-23-00032-CV

\* April 20, 2023

Jose M. Jaimes,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Herminio Jaimes Salazar and Salvador Jaimes Salazar.